467 A.2d 601

**AMRAM ENTERPRISES, LTD., Appellant,**

v.

**PENNSYLVANIA PUBLIC UTILITY COMMISSION.**

Supreme Court of Pennsylvania.

Argued Oct. 20, 1983.

Decided Nov. 15, 1983.

Melville G.M. Walwyn, Harrisburg, for appellant.

R. Knickerbocker Smith, Jr., Asst. Counsel, Charles F. Hoffman, Chief Counsel, Kenneth E. Nicely, Deputy Chief Counsel, Harrisburg, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM.

Order affirmed.